**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MARCOS REYES CHICAS                                  \*
                                                                          \*
      PLAINTIFF                                    \*
                                                                          \*
v.                                                                       \*   Case No.:  1:19-cv-1053 (RDA/TCB)
                                                                          \*
GOLDEN BUFFET & SUSHI, INC.                     \*
                                                                          \*
      DEFENDANT.                               \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE</u>**

      The above captioned parties, through counsel, and pursuant to Federal Rule 41, do hereby notify this Court that all disputes at issue in the above captioned matter have been fully and finally resolved between the parties.  As such, the Parties do stipulate and agree to the dismissal of the above captioned matter, with prejudice.

                    Respectfully submitted,

Dated:  January 22, 2021                                  /s/   Gregg C. Greenberg
                              Gregg C. Greenberg, Bar No. 79610
                              Zipin, Amster & Greenberg, LLC
                              8757 Georgia Avenue, Suite 400
                              Silver Spring, Maryland 20910
                              (301) 587-9373 (ph)
                              Email:  ggreenberg@zagfirm.com

                              *Counsel for Plaintiff*

                               /s/   Bart Colombo
                              Bart Colombo, Bar No. 72635
                              Saboura, Goldman & Colombo, PC
                              312 E. Market Street, Suite F
                              Leesburg, Virginia 20176
                              (703) 373-7577 (ph)
                              Email:  bcolombo@sabouralaw.com

                              *Counsel for Defendant*

1